**90-895.** Akron v. Smith. *Summit County,* No. 14384. Reported at 53 Ohio St. 3d 708, 559 N.E. 2d 1365. On motion for rehearing. Rehearing denied.

**90-1275.** State v. Guerrant. *Lorain County,* No. 89CA004625. Reported at 54 Ohio St. 3d 716, 562 N.E. 2d 163. On motion for rehearing. Rehearing denied.

**90-1335.** State v. Collins. *Cuyahoga County,* No. 56747. Reported at 55 Ohio St. 3d 713, 563 N.E. 2d 723. On motion for rehearing. Rehearing granted and motion for leave to file memorandum in support instanter granted.

Moyer, C.J., and Wright, J., dissent.

## DISCIPLINARY DOCKET

**D.D. 80-9.** Dayton Bar Assn. v. Timen. On petition to vacate or expunge record. Petition denied.

**D.D. 87-32.** Mahoning Cty. Bar Assn. v. Pagac. On motion to vacate and expunge. Motion denied.

Sweeney, J., dissents.